**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND    20770**
                                                            **301-344-0052**

# M E M O R A N D U M

TO:         Counsel of Record

FROM:    Judge Roger W. Titus

RE:         *Jeffery Manderville v. Pinnacle Financial Group, Inc.*
               Civil Action No. RWT-09-2644

DATE:    November 13, 2009

* * * * * * * * *

On November 11, 2009, Plaintiff Jeffery Manderville filed a Notice of Withdrawal of Complaint and Voluntary Dismissal of Action with Prejudice Pursuant to Rule 41(a) [Paper No. 3]. Defendant has not yet served an answer or motion for summary judgment. Accordingly, the action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and the Clerk is directed to close the case.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge